UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| CALVIN WARREN,<br><br>    Plaintiff,<br><br>vs.<br><br>GEORGE BUSH, etc., *et al.*,<br><br>    Defendant, | 2:08-cv-821-JCM-RJJ<br><br>REPORT & RECOMMENDATION<br>OF UNITED STATES<br>MAGISTRATE JUDGE |

This matter is before the Court on Plaintiff's Application for Leave to Proceed *In Forma Pauperis* (#1).

The Court having reviewed this matter makes the following findings:

1. On June 24, 2008, Plaintiff, Calvin Warren, filed an Application for Leave to Proceed *In Forma Pauperis* (#1) with a Complaint (Attachment #2) attached thereto.

2. On June 30, 2008, the Court issued an Order (#2) scheduling a hearing on the Application (#1) for July 23, 2008, at 9:00 A.M.

3. The Order (#2) was served by U.S. Postal Service Certified Mail. *See*, Certified Mail Receipt (#3).

4. The Certified Mail was signed for on July 1, 2008. *See*, Domestic Return Receipt (#4).

5. Plaintiff did not appear at the hearing scheduled for July 23, 2008. Further, the Plaintiff failed to contact the Court regarding his non-appearance.

6. Plaintiff has not filed any other pleadings or documents in the case as of June 24, 2008.

7. Plaintiff appears to have abandoned this case.

### RECOMMENDATION

Based on the foregoing and good cause appearing therefore,

IT IS THE RECOMMENDATION of the undersigned Magistrate Judge that this case be **DISMISSED WITH PREJUDICE** for want of prosecution pursuant to LR 41-1.

### NOTICE

Pursuant to Local Rule IB 3-2 [former LR 510-2] any objection to this Report and Recommendation must be in writing and filed with the Clerk of the Court within ten (10) days after service of this Notice. The Supreme Court has held that the courts of appeal may determine that an appeal has been waived due to the failure to file objections within the specified time. Thomas v. Arn, 474 U.S. 140 (1985), reh'g denied, 474 U.S. 1111 (1986). This Circuit has also held that (1) failure to file objections within the specified time and (2) failure to properly address and brief the objectionable issues waives the right to appeal the District Court's order and/or appeal factual issues from the order of the District Court. Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991); Britt v. Simi Valley United Sch. Dist., 708 F.2d 452, 454 (9th Cir. 1983).

DATED this 10th day of September, 2009.

ROBERT J. JOHNSTON
United States Magistrate Judge