UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CALVIN WARREN, ) | 2:08-CV-00821-JCM-RJJ |
| Plaintiff, ) | |
| vs. ) | |
| ) | **ORDER** |
| GEORGE BUSH, etc., *et al.* ) | |
| Defendants. ) | |

Presently before the court are the report and recommendation of United States Magistrate Judge Robert J. Johnston (Doc. #5).

Local Rule IB 3-2 states that any party wishing to object to the ruling of the magistrate judge on a pretrial matter shall file a specific objection within ten (10) days from the date of service of the magistrate judge's ruling. Here, no objections were filed.

Magistrate Judge Johnston recommended that plaintiff's complaint be dismissed *with prejudice* for want of prosecution pursuant to Local Rule 41-1. Upon review of the magistrate judge's findings and recommendation (Doc. # 5) and there being no objections filed,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Magistrate Judge Johnston's report and recommendation (Doc. #5) is AFFIRMED in its entirety. The instant action is hereby **DISMISSED** *with prejudice*.

DATED May 28, 2010.

UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**